# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  15-cv-00144-LTB

LINDSEY NILES, an individual,

       Plaintiff,

v.

PROGRESSIVE SPECIALTY INSURANCE AGENCY, INC., an Ohio corporation, d/b/a PROGRESSIVE INSURANCE,

       Defendant.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss With Prejudice (Doc 6 - filed May 12, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:  May 13, 2015